# United States Court of Appeals

## For the Eighth Circuit

_____

No. 21-3754

_____

Joshua M. Featherston

*Plaintiff - Appellant*

v.

Carl Lewis, Captain, Wrightsville; Lisa Childress, Lieutenant, Wrightsville;
Michael M. Lowe, Major, Wrightsville

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central
_____

Submitted: March 28, 2022
Filed: March 31, 2022
[Unpublished]
_____

Before GRUENDER, ERICKSON, and GRASZ, Circuit Judges.
_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Joshua Featherston appeals after the district court's[1] pre-service dismissal of one of his claims, and adverse grant of summary

---

[1] The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas, adopting the recommended dispositions of the Honorable Edie

judgment for failure to exhaust administrative remedies as to his remaining claims. After careful review of the record and the parties' arguments on appeal, we find no basis for reversal. *See Taylor v. Brown*, 787 F.3d 851, 857–59 (7th Cir. 2015) (discussing proper procedural vehicle for dismissal of one claim from multi-claim action at plaintiff's request and stating decision on such request is subject to abuse-of-discretion review); *see also Townsend v. Murphy*, 898 F.3d 780, 783–84 (8th Cir. 2018) (reviewing de novo grant of summary judgment based on failure to exhaust administrative remedies). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

R. Ervin, and the Honorable Beth M. Deere, United States Magistrate Judges for the Eastern District of Arkansas.